## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION



John Ross, Pro Se
3707 Main Street  Unit# 40
College Park, GA 30337

    **Plaintiff, Pro Se**

    Vs

City of Fairburn – Mayor & City Council,
Elizabeth Carr-Hurst & Linda Johnson (Individually & Collectively)
56 S.W. Malone Street
Fairburn, GA 30213

    **Defendant(s)**

Case No: **1:22-CV-1414**

Jury Trial: ___Yes___

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

COME now the Plaintiff, John Ross, and the Defendant(s), Mayor and City Council of Fairburn, GA, Elizabeth Carr-Hurst & Linda Johnson, individually & collectively, to appear and defend the causes of this complaint.  Failure of Defendant(s) to appear and defend this cause of action, within the time frame required by law, will result in a default judgment against Defendant for the Relief demanded in this complaint.

1) **VENUE & TRANSFER OF CIVIL ACTION**

The cause of action arose in Fairburn, GA 30213, Fulton County.  By order of the court, this action may be transferred to any other place or division within the district for trial.

2) **PLACE IN WHICH EMPLOYMENT DISCRIMINATION OCCURRED**

City of Fairburn (Mayor & City Council) 52 S.W. Malone Street, Fairburn, GA 30213

3) **BASIS FOR JURISDICTION**

This action is brought for discrimination in employment pursuant to:

1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin), including the Americans with Disabilities Act (ADA) or the Genetic Information Non-discrimination.  (Note: Notice of Right To Sue Attached _EEOC# 410-2022-01705_).

Age Discrimination in Employment Act of 1967(ADEA), as codified, 29 U.S.C. §§ 621 to 634.

4) **STATEMENT OF CLAIM**

On December 4, 2020, the City of Fairburn authorized the Human Resource Department, under the direction of Linda Johnson, to release a public job announcement for the available position of economic development director, which was set to close on February 12, 2022, 5:00p.m (Exhibit B).  Mr. John Ross submitted his application with a resume (Exhibit A) in a timely manner and no later than 5:00 pm on the date of closing.  The City rated Ross' experience and skills as "meet minimal qualification: Yes" (Exhibit F). The City decided to extend the closing date to April 11, 2021, 5:00pm (Exhibit D).  Ross re-applied in a timely manner and no later than the required closing deadline of April 11, 2021, 5:00pm (Exhibit D1).  The City, under the direction of Mayor Hurst & HR Director L. Johnson, conspired with the City's Main Street Director Sylvia Abernathy to submit an employment application, dated April 11, 2021, 11:06 pm, after the public announcement deadline (Exhibit E).  Because of age and gender, The City, not acting as an Equal Opportunity Employer, held a "sham" interview to discriminate in favor of Ms. Abernathy, a younger female non-eligible "straw man" candidate.

   1. The discriminatory conduct of which I complain in this action includes:
      a. Failure to hire me
      b. Unequal terms and conditions of my employment
      c. Other: a "sham" interview with a "straw man" non-qualified non-eligible candidate.

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION**

2. To Plaintiff's recollection the alleged discrimination occurred and continues to occur on:

   a. July 11, 2021, 5:00pm until the present time.

3. I believe that the defendant continues to commit these discriminatory acts against me. On October 18, 2021, I issued the Official Notice To Resolve Concern and Mayor Hurst, Ms. Linda Johnson and city council refused to acknowledge, address and resolve concern.

4. Defendant discriminated against me because of gender/sex(male) and age (birth year 1958).

5. The facts of my case are as follows:

In December 4, 2020, the City of Fairburn authorized Human Resources to release an economic development director public job announcement with an initial closing date of February 12, 2021, 5:00pm (see Exhibit B). On February 9, 2021, Plaintiff timely submitted an application for hiring consideration (see Exhibit A). On March 11, 2021, the Mayor and HR Director conspired together to release an extension beyond the initial expiration date, for the job opening (see Exhibit C) reset for a 5:00pm closing date on April 11, 2021, 5:00pm (see Exhibit D). Prior to the "extended" closing date, Plaintiff visited the City of Fairburn to speak with Mayor Carr-Hurst and Human Resource Director Linda Johnson and both had no available time slot to meet. However, Mayor Carr-Hurst and Linda Johnson conspired to have an undisclosed meeting with Sylvia Abernathy to encourage her to submit an application, dated April 11, 2021, 11:06pm for the economic director's position, and after the 5:00pm closing deadline, which violated the City's Equal Opportunity Employer's guidelines (see Exhibit E). This created an ineligible application and a "strawman" candidate" in now a "Sham Interview Process." At some unknown date,

3

the Mayor and HR Director met to rate Ross' application as "meets minimal qualifications" for the economic development director' position (see Exhibit F). At some unknown time, the Mayor and HR Director met and decided to rate Sylvia Abernathy's ineligible application, as "meets minimal qualification: <u>YES</u>" (Exhibit G). Rating an ineligible application and selecting an ineligible applicant are key factors supporting Plaintiff's complaint of a "sham" interview process. Additionally, the Mayor and HR Director refused to interview Plaintiff, the highest rated eligible qualified candidate towing the job announcement *initial* expiration deadline, February 12, 2021, 5:00 pm and the *extended* expiration deadline, April 11, 2021, 5:00pm. In fact, Mayor Carr-Hurst and HR Director Linda Johnson treated Plaintiff and his employment application differently than Sylvia Abernathy, the selected candidate, due to age and gender.

6) **Exhaustion of Federal Administrative Remedies**

   a. To Pro Se's best recollection, Pro Se filed a Pre-Charge Inquiry with the Equal Employment Opportunity Commission on January 12, 2021, EEOC Complaint # 410-2022-01705.

   b. EEOC issued the Notice of Right To Sue (NRTS) on 03/10/2022 (Exhibit H).

   c. Less than 60 days has elapsed since issuing NRTS.

7) **Relief**

If the discrimination had not occurred, Plaintiff would be a taxpaying homeowning citizen and employee of Fairburn, GA. Plaintiff would have earned a total salary of $80,000+, purchased a home of $350,000 with a relocation cost of $4000, and $4000 for continued job search, totaling $438,000 to put Plaintiff in a similar position as if the discrimination would not have occurred.

Placement in the economic development director's or a similarly situated position with back pay, a voluntary agreement not to discriminate in employment based on Title VII.

To encourage Defendant not to discriminate against anyone in the future, I pray that the court direct the Defendant to pay $438,000, along with cost and fees to litigate this case, provide same or similarly situated employment and any additional relief that the court deems appropriate.

8) **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_____John Ross_____                                    ___04/09/22___
Plaintiff, Pro Se                                                                  Date of Signing

_____John Ross_____
Print Name of Pro Se

John Ross
3707 Main Street Unit# 40

5

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION**

College Park, GA 30337
Phone (214) 986-3388
Email: johnross@thenextlevelteams.com

6

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION

John Ross, Pro Se
3707 Main Street  Unit# 40
College Park, GA 30337
    **Plaintiff, Pro Se**

    **Vs**                                      *Case No:* _____

City of Fairburn – Mayor & City Council
56 S.W. Malone Street
Fairburn, GA 30213
    **Defendant**

## RULE 7.1 DISCLOSURE STATEMENT

**As a non-governmental corporate party, there is no government corporation involved.**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA DIVISION

John Ross, Pro Se
3707 Main Street  Unit# 40
College Park, GA 30337

    **Plaintiff, Pro Se**

       **Vs**                                            *Case No:* _____

City of Fairburn – Mayor & City Council
56 S.W. Malone Street
Fairburn, GA 30213

    **Defendant**

## CERTIFICATE OF SERVICE

## ACCORDING TO FEDERAL RULE 4(1)(e)

## TO

**DEFENDANT**
**CITY OF FAIRBURN**
**CITY CLERK DEANNIA RAY**
**56 SW MALONE STREET**
**FAIRBURN, GA 30213**

And/or

**TURNER ROSS GERMAIN, LLC**
**ATTN: CITY OF ATTORNEY WILLIAM RANDALL TURNER**
**1501 Johnson Ferry Rd Suite 100**
**Marietta, GA 30062**
RTurner@lawTRG.com
404-731-0656

**DELIVERED BY MAIL OR U.S. MARSHAL**

## John L. Ross
3707 Main St • College Park, GA • (214) 986-3388
JohnRoss@thenextlevelteams.com

### ACCOMPLISHMENTS
Provided leadership in repurposing Club E Campus to incubate, expand, retain & attract new businesses & jobs

Worked with College Park Main Street Program & Economic Dev Director to establish CID & TAD to attract, retain and expand businesses

Coordinated via Club E & Designated Marketing Org to promote & attract businesses, tourists & travelers

Revitalized 6+ neighborhoods

### KNOWLEDGE & SKILLS
Follow instructions from supervisor

Results-Driven Team Player & Leader

Presenting, Planning & Problem-solving

### FORMAL EDUCATION
GA State Univ - A.S. & B.S.

### TRAINING
- DCA – Certified LIHTC Mgr.
- HUD-Acquisition, Relocation, Housing, Fair Housing Law/Plan & Community Building
- Dept. of Revenue- Certified Property Tax Assessor to Expand Tax Base
- CID, TAD & OZ

### LICENSED (inactive)
Licensed Realtor – Sales & Leasing
Mortgage Broker – Loan Financing

### COMPUTER PROFICIENCY
PowerPoint, CAPERS, IDIS

### PRO AFFILIATIONS
- Club E Atlanta for Business Dev.
- National Association of Housing
- College Park Main St Association
- GA Tax Assessor's Association

### PROFESSIONAL EXPERIENCE

**CHIEF EXECUTIVE OFFICER**  *The Next Level Teams  (5 years)*
Direct a business that builds Next Level Teams to assist business owners in developing Action Plans to accomplish prioritized goals. Provide technical assistance to local government and community leaders to increase access to capital via credit unions. Assist commercial and residential investors in securing financing. Coordinate with DCA staff, College Park government officials and Main Street Chairman to attract, maintain and expand new and existing businesses with jobs within the Opportunity Zone, CID & TAD. Work with Club E Atlanta Incubator to create new businesses with youth involvement & jobs within the CID, Opportunity & Enterprise Zones. Followed instructions of board directors & team leaders.

**EXECUTIVE DIRECTOR**  *Sparta Housing Authority*       *(3 months)*
Directed staff of three to implement all aspects of public housing. Improved quality of life for residents with self-sufficiency & Welfare-to-Work Programs. Managed assets, along with $700k budget to improve conditions. Followed instructions of Board Chair when reporting to Mayor.

**CHIEF OF STAFF**  *Senator James' District and Legislative Office  (3 years)*
Worked with 6 municipalities, state agencies, lobbyist and the public to redirect state resources in complex problem/project solving. Facilitated problem-solving meetings with GA Community Affairs, community leaders, city government officials and state agencies to address economic, housing and community concerns. Increased access to capital via Capital City Bank & Energy One Federal Credit Union. Served as community & housing specialist for the 35th district. Supervised staff and volunteers. Followed instructions of Senator while building new relationships.

**Senior Mortgage Banker**  *First Service & ATR Mortgage Co.      (10 yrs)*
Implemented marketing plan to promote residential and commercial loan programs to realtors, bankers, developers and housing providers. Worked as a team player to provide financing solutions. Coordinated with city, state and federal agencies to assist with financing real estate. Monitored and tracked loans to ensure compliance. Followed instructions of supervisor.

**EXECUTIVE DIRECTOR**  *Keep Savannah Beautiful (2 years)*
Directed implementation of Keep America/Georgia Beautiful Programs to promote Savannah as ideal place for business. Engaged businesses in program improvements. Facilitated a team with city staff, GEMA & FEMA to develop an emergency plan for city. Followed instructions of board president.

**HOUSING/COMMUNITY PROGRAM COORDINATOR**  *City of Savannah(10 years)*
Served as housing and community development manager to revitalize 6+ CDBG neighborhoods, resulting in attract and retaining businesses. Managed programs and staff for relocation/acquisition, LIHTC, HOME Partnership, GA Dream, & apartment acquisition/rehab in Enterprise, CDBG & Empowerment Zones. Worked with City Planner & DDA to develop and implement Downtown & CDBG-approved plans. Closed $10m in public/private loans. Followed instructions of department director with plans & reports.

# EXHIBIT B



Fairburn
Situated to Succeed

Thank you for your interest in employment with The City of Fairburn. Please use the links on this page to view current job openings with the City. We only accept applications for positions that are currently open and advertised. Our online employment site allows applicants to easily search and apply for open positions.

The City of Fairburn will no longer accept paper applications as of November 1, 2017.

Applications must be submitted no later than 5 p.m. on the closing date listed on our employment opportunities page. People requiring assistance should contact the Human Resources Department at 770-964-2244 x 111.

The City of Fairburn is an equal opportunity employer.

< Back to all Jobs

## Director of Economic Development

↗ Apply Now

**Department:** Economic Development
**Job Status:** Full-Time
**Rate of Pay:** 75,608.00 - 75,608.00
**Details:** Position Closes 02/12/2021

### Job Description

This is an exempt, salaried executive position responsible for directing and managing the economic development activities for the City of Fairburn to include attracting new businesses, promoting existing businesses, collaborating with the Downtown Development Authority (DDA) on downtown revitalization,

Select Language ▼

# EXHIBIT C

Linda Johnson

| | |
|---|---|
| From: | Linda Johnson |
| Sent: | Thursday, March 11, 2021 2:26 PM |
| To: | Abril Montano |
| Cc: | Linda Johnson |
| Subject: | FW: Announce Economic Development position |
| Attachments: | Economic Development.Director.10.2019.docx |
| Importance: | High |

Abril, please announce for 30 days on all usual websites.

Thank you,



Human Resources Director
City of Fairburn
56 Malone Street S.W.
Fairburn, GA 30213
O: (770) 964-2244 Ext. 114
F: (770) 306-6408

**From:** Linda Johnson
**Sent:** Friday, December 4, 2020 1:25 PM
**To:** Abril Montano <abril@fairburn.com>
**Cc:** Mayor Hurst <mayorhurst@fairburn.com>; Linda Johnson <ljohnson@fairburn.com>
**Subject:** Announce Economic Development position
**Importance:** High

Abril, please announce for 30 days on all usual websites @ salary listed on job description.

Thanks,

Human Resources Director
City of Fairburn
56 Malone Street S.W.
Fairburn, GA 30213
O: (770) 964-2244 Ext. 114
F: (770) 306-6408

1

# EXHIBIT D



Thank you for your interest in employment with The City of Fairburn. Please use the links on this page to view current job openings with the City. We only accept applications for positions that are currently open and advertised. Our online employment site allows applicants to easily search and apply for open positions.

The City of Fairburn will no longer accept paper applications as of November 1, 2017.

Applications must be submitted no later than 5 p.m. on the closing date listed on our employment opportunities page. People requiring assistance should contact the Human Resources Department at 770-964-2244 x 111.

The City of Fairburn is an equal opportunity employer.

< Back to all Jobs

## Director of Economic Development

✎ Apply Now

**Department:** Economic Development
**Job Status:** Full-Time
**Rate of Pay:** 75,608.00 - 75,608.00
**Details:** Position Closes 04/11/2021

### Job Description

This is an exempt, salaried executive position responsible for directing and managing the economic development activities for the City of Fairburn to include attracting new businesses, promoting existing businesses, collaborating with the Downtown Development Authority (DDA) on downtown revitalization,

Select Language ▽

# FROM THE DESK OF JOHN ROSS

March 22, 2021

City of Fairburn Human Resources
Attn: Ms. Linda Johnson
26 W. Campbelton Street
Fairburn, GA 30213

RE: Cover Letter

To Ms. Johnson:

It was a great idea to expand the job search for someone who is more willing than I to dedicate self to studying, serving and sacrificing in an effort to bring fresh ideas and SMART equitable economic growth to Fairburn, a city "situated to succeed." Expanding the search is a wonderful opportunity to update my resume with more recent accomplishments, such as The Rodney Cook Peace Park. This embattled $100mn project has fallen prey to economic racism, gentrification, tax fright and displacement of legacy residents. The good news is that this peace project has become an opportunity to use my team building skills to address the economic concerns.

I would be very grateful for this new opportunity to interview and share more about the economic development strategies, I am teaching to my team. My 5+ years of experience in directing Teams enhances my ability to serve effectively as your economic development director.

Considering my service in 3 directorships, along with 10+ years of progressive government experience, I ask that this experience be considered equivalent to a Master's Degree, along with A.S. & B.S. Degrees in Communication and Urban Life Development from GA State University.

Listed below, along with the attached resume, are additional experiences that can be used to determine that I am highly qualified as the next economic director, such as:
- Implementing government policies and procedures
- Transforming the vision of Mayor & Council into plans, programs and projects for SMART managed growth
- Managing staff and multiple projects
- Developing plans: Fair Housing, Emergency, CDBG, Consolidated, etc.
- Engaging community residents & downtown stakeholders in the development process
- Solving serious problems from gentrification

Attached are my updated resume and letters of reference for your review. Feel free to contact me to discuss your needs and my skills to address those needs.

Kind regards,

*John Ross*
John Ross

# EXHIBIT E

## Sylvia Abernathy | Candidate ID: 1499766 | abergree@gmail.com | 4045206012

I certify that all of the information that I have provided is complete and accurate.

I understand that providing false, misrepresented, or incomplete information is sufficient cause to cancel further consideration of my application, and/or for my immediately discharge from employment with the City of Fairburn, when discovered.

Without reservation, I expressly authorize the City of Fairburn, its representatives, employees or agents, to contact and to obtain information from references (personal and professional), employers, public agencies, licensing authorities and educational institutions, and to otherwise verify the accuracy of the information that I provided in this application, on my resume, or during a job interview when applicable.

I hereby waive any and all rights and claims that I might have regarding the City of Fairburn, its agents, employees, or representatives, for seeking, gathering and using such information connected with the employment process, and other corporations, organizations or individual, for furnishing such information about me.

I understand that the City of Fairburn does not unlawfully discriminate in employment. No question on this application is used for the purpose of limiting or excusing any applicant from consideration for employment on a basis of prohibited actions under local, state or federal laws.

I understand that this application will remain active for six (6) months. If I am not contacted by the City of Fairburn for employment consideration within this period, I must submit a new application for consideration of any open position.

I understand that if I am hired, I will work under six (6) month introductory period, unless the period is extended. The City of Fairburn is an "at will" employer, and any employee may be terminated with or without cause. I understand that I am also free to resign at any time without prior notice or reason.

I also understand that if I am hired, I will be required to provide proof of identity and legal authority to work in the United States of America, and that federal immigration laws require me to complete an I-9 Form in connection with my employment.

This application does not constitute any agreement or contract for employment for any specified period or defined duration. I understand that no supervisor or representative of the City of Fairburn is authorized to make any assurances to the contrary and that no implied, oral or written agreements contrary to the foregoing language is valid unless it is in writing and signed by the Mayor of the City of Fairburn.

DO NOT SIGN UNTIL YOU HAVE READ THE ABOVE APPLICANT STATEMENT.

**I Agree**

Yes

## Signature

*Sylvia Abernathy*

Date Signed: 4/11/2021 11:06 PM

Date Submitted: 4/11/2021 11:06 PM

IP Address: 139.60.228.66

**EXHIBIT F**

## DIR OF ECONOMIC DEVELOPMENT

Applicant: ~~[redacted]~~   Meets Minimum Qualifications: ____Yes __✓__No

- o Seven (7) years of experience in economic development, public or business administration, urban planning, finance or a related field. __0__ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. ____Yes __✓__No
- o Master's degree in a related field is preferred, but not mandatory. ____Yes __✓__No
- o Certified Economic Development certificate/license. ____Yes __✓__No
- o Any combination of education and experience. __0__ Yrs.
- o Possession of a valid Georgia Driver's License. __✓__Yes ____No

Applicant: ~~[redacted]~~   Meets Minimum Qualifications: ____Yes __✓__No

- o Seven (7) years of experience in economic development, public or business administration, urban planning, finance or a related field. _1 +11 mths - planner_ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. ____Yes __✓__No _Bachelor Political science_
- o Master's degree in a related field is preferred, but not mandatory. __✓__Yes ~~No~~ _Masters public adm_
- o Certified Economic Development certificate/license. ____Yes __✓__No
- o Any combination of education and experience. __5__ Yrs.
- o Possession of a valid Georgia Driver's License. __✓__Yes ____No

Applicant: __John Ross__   Meets Minimum Qualifications: __✓__Yes ____No

- o Seven (7) years of experience in economic development, public or business administration, <u>urban planning</u>, <u>finance</u> or a related field. _10+_ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. __✓__Yes ____No _Urban Life Dev._
- o Master's degree in a related field is preferred, but not mandatory. ____Yes __✓__No
- o Certified Economic Development certificate/license. ____Yes __✓__No
- o Any combination of education and experience. _10+_ Yrs.
- o Possession of a valid Georgia Driver's License. __✓__Yes ____No

#3

## DIR OF ECONOMIC DEVELOPMENT

Applicant: ~~[redacted]~~ Meets Minimum Qualifications: ____ Yes __✓__ No

- o Seven (7) years of experience in economic development, public or business administration, urban planning, finance or a related field. __0__ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. ____ Yes __✓__ No  Bachelors Criminal Justice
- o Master's degree in a related field is preferred, but not mandatory. __✓__ Yes ____ No  urban & Regional Plannii
- o Certified Economic Development certificate/license. ____ Yes __✓__ No
- o Any combination of education and experience. __4__ Yrs.
- o Possession of a valid Georgia Driver's License. __✓__ Yes ____ No

Applicant: __Sylvia Abernathy__ Meets Minimum Qualifications: __✓__ Yes ____ No

- o Seven (7) years of experience in economic development, public or business administration, urban planning, finance or a related field. __9+__ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. ____ Yes __✓__ No  Bachelors Political Science / English
- o Master's degree in a related field is preferred, but not mandatory. __✓__ Yes ____ No  Public Adm
- o Certified Economic Development certificate/license. ____ Yes __✓__ No  - GA main street Cert.
- o Any combination of education and experience. __9+__ Yrs.
- o Possession of a valid Georgia Driver's License. __✓__ Yes ____ No

Applicant: _____ Meets Minimum Qualifications: ____ Yes ____ No

- o Seven (7) years of experience in economic development, public or business administration, urban planning, finance or a related field. ____ Yrs.
- o BS/BA degree from an accredited college or university with required coursework in economic development, business administration, marketing, public administration, or city planning. ____ Yes ____ No
- o Master's degree in a related field is preferred, but not mandatory. ____ Yes ____ No
- o Certified Economic Development certificate/license. ____ Yes ____ No
- o Any combination of education and experience. ____ Yrs.
- o Possession of a valid Georgia Driver's License. ____ Yes ____ No

#3

# EXHIBIT H

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | John Ross<br>POB 1252<br>Austell 30168 | From: | Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, Georgia, 30303 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2022-01705 | Larry Satterwhite, Investigator | (470) 531-4773 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** \*of your receipt of this Notice.\* Otherwise, your right to sue based on the above-numbered charge will be lost.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Derick Newton** Digitally signed by Derick Newton
Date: 2022.03.10 09:03:18 -05'00'   For

Enclosures(s)  **Darrell E. Graham,**  *(Date Mailed)*
**District Director**

cc:

FROM THE DESK OF JOHN ROSS

# EXHIBIT I

October 18, 2021

City of Fairburn
William Randall Turner, City Attorney & Mayor and City Council
56 SW Malone Street
Fairburn, GA  30213

RE:  Official Notice To Resolve Concern

Mayor and City Council:

I am officially notifying Mayor and City Council to assist in resolving the following concern:  Mayor Carr-Hurst and HR Director Linda Johnson conspired to lie to city council, violated Equal Opportunity Employment laws, discriminated against me based on age, gender and sex and conduct a "Sham" Interview Process with favoritism.

In February, 2021, the City of Fairburn released an economic development director public job announcement with an initial closing date of February 12, 2021, 5:00pm (see Exhibit B ).  On February 9, 2021, I timely submitted my credentials for hiring consideration (see Exhibit A).  March 11, 2021, the Mayor and HR Director conspired together to release a 30-day extension for the job opening(see Exhibit C) with a 5:00pm closing date of April 11, 2021, 5:00pm (see Exhibit D).  Prior to the "extended" closing date, I visited the City of Fairburn to speak with Mayor Carr-Hurst and Human Resource Director Linda Johnson and both refused to meet with me. However, Mayor Carr-Hurst and Linda Johnson conspired to have a secret meeting with Sylvia Abernathy to encouraging her to apply for the economic director's position on April 11, 2021, 11:06pm, after the 5:00pm closing deadline, thereby, showing favoritism in violation of the City's Equal Opportunity Employer's guidelines (see Exhibit E).  This created a "strawman" candidate" in a "Sham Interview."  At some unknown date, the Mayor and HR Director met and rated my application and determined that I meet and exceeded the qualifications for economic development director (see Exhibit F). At some unknown time, the Mayor and HR Director met and decided to enter the "strawman candidate's" application into the "sham" interview process, and determined that the "strawman" candidate was qualified, with an application dated and submitted on April 11, 2021, 11:06pm (Exhibit G).

To assist in resolving this concern, I would like the Mayor and Human Resource Director to offer an objective verifiable explanation as to how they found me unfit to be the economic development director, thereby refusing to hire me.  To know the true will be satisfactory to me. Please respond within a reasonable amount of time and no later than October 28, 2021, 5:00pm.

John Ross  POB 1252 Austell, GA 30168

*John Ross* (signature)
Respectfully yours,

Cc: Alex Heath, III, Linda J. Davis, Pat Pallend, Hattie Jones, James Whitmore & Ulysses Smallwood.